UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Acknowledged**
TWP
December 2, 2024

BETTY BOGARD, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

NORTON SCOTT HOSPITAL LLC d/b/a NORTON SCOTT,

    Defendant.

Case No. 4:24-cv-00135-TWP-KMB

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Betty Bogard, on behalf of herself and the proposed class, hereby gives notice of the dismissal of this action without prejudice of the claims asserted against Defendant Norton Scott Hospital LLC d/b/a Norton Scott, with each party to bear their own costs.

Respectfully submitted,

s/ *Lynn A. Toops*
Lynn A. Toops (No. 26386-49)
Amina A. Thomas (No. 34451-49)
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

J. Gerard Stranch, IV (*Pro Hac Vice* forthcoming)
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com

Samuel J. Strauss (*Pro Hac Vice* forthcoming)
Raina Borelli (*Pro Hac Vice* forthcoming)
STRAUSS BORRELLI PLLC
908 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100 (telephone)
(615) 263-1109 (facsimile)
sam@straussborrelli.com
raina@straussborrelli.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I certify that on November 27, 2024, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS) and served all counsel of record.

      *s/ Lynn A. Toops*